396 A.2d 14

Commonwealth v. Blackson, Appellant.

Argued March 27, 1978. Albert Ominsky, for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.

396 A.2d 15

Commonwealth v. Bliss, Appellant.

Submitted March 13, 1978. Anthony S. Federico, Jr., for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.